IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 4 2017

JEFFREY P. COLWELL
CLERK

Civil Action No. **'17 - CV - 01895**
(To be supplied by the court)

Crystal Frasier, Plaintiff,
Norman Lopez JR

v.

Hud Karshmer,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

Tort: Breach of contract of Hazardoues Premises, Fraud Misrepresentations Negligent of Maintenance, Hidden Defects, Exposure to toxic Mold "MOLD SPORES", Respiratory illness and loss of Bodily Sources. Medical cost past, present and future, and Retaliation, causing Mental and Emotional Distress, Bad Faith

"Tort"

(Rev. 07/06)

1

**PARTIES**

1. Plaintiff **Crystal Frasier** is a citizen of **United States** who presently resides at the following address: **1650 Encanto Pl 607 Montrose Colorado 81401**
   Norman Lopez Jr. - U.S. 1650 Encanto Pl 607, Montrose Colorado 81401

2. Defendant **Hud Karshmer** is a citizen of **United States** who live(s) at or is/are located at the following address: **6875 E. Evans Ave, Denver CO. 80224**

3. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address: _____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
   The Court has jurisdiction over parties and jurisdiction over the subject matter Common Law Tort under state law

5. Briefly state the background of your case:
   Defendant Mr. Karshmer owner of Corrporation Servise Company, U.S. Department of Housing and Urban Developement Section 8. Management under Defendant who would be, the regional property manager who oversees operations in the Western region. Community Housing Concepts Cottonwood LLC at Monroe Group had Legal Duty to maintain habitable premises warrantied in every rental agreement especially if premises is in condition materially dangerous or hazardous to tenants life's, health and safty. Landlord had received adequate warnings of problem which was foreseeable and at the time would not have been an unreasonable expense.
   Steele Properties LLC Denver Based Hud Karshmer is a Principal at Steele Properties who has employed Cynthia King the regional property manager, because she is no longer reachable Plaintiff holds Hud Karshmer Defendant reliable. for failure to perform Legal obligation breach of duty

2

1 - FIRST CLAIM FOR RELIEF
2 Defendants violated Statutes Laws and Regulations
3 Pursuant § 38-12-507(1)(c), C.R.S. Tenants Remedies
4   38-12-505(1)(b)(1)
5 Section 3 38-12-503(1)(b)(c) Warranty of Habitability
6 Colorado Revised Statutes Section 13-40-111(1)
7   38-509 Prohibition on Retaliation
8
9 Cause of action is "Tort" for breach of Implied Convenant
10 of good faith and fair dealing.
11   - SECOND CLAIM FOR RELIEF
12 Colorado Revised Statutes Part 1 Code of Ethics
13   if case goes to trial proof of actions through E-mails,
14 and other forms of plaintiffs requesting for assistance.
15 and will give in bundles copies of all papers.
16   - THIRD CLAIM FOR RELIEF
17 Medical fact sheets, out of pocket expences
18 4.8.1 Enforcing Federal Rights Against states and state officials
19 8.2 Suits Against Public officials In Their Individual copacity
20 8.3 Damage Claims Against cities and counties under Section
21 1983
22 Defendants, Team Stuart Heller Principal and Founder Hud Karshmer,
23 Principal Chad Asarch, Principal David Asarch Chief Investment Officer
24 and Partner Steve Cordes Chief Operating Officer Emily Hemaidan Chief
25 Accounting Officer Monroe Group. Telephone (303) 322-8888 6875
26 East Evans Ave, Denver CO 80224 Steele Properties Community
27 Housing Concepts
28

3

1. Under Colorado Real Estate (Manual Ch. 20) Property Management and
2. Leases: A Landlord is not generally liable unless conditions are (hidden)
3. and landlord has had knowledge of such conditions: Common Law
4. State enacted statutes stating the destruction or damage making
5. the property unfit for occupancy.
6.   Housing management sponsorship of the Department of
7. Housing and Urban Development of the U.S. Government.
8. Section 8, Community Housing Concepts Cottonwood LLC Monroe
9. Group., Regional Property Manager in Western Region oversees
10. operations at Cottonwood Apartments. Failure to comply with
11. building, housing, and health codes, premises in condition that is
12. materially dangerous/hazardous to Tenants life, health and safety.
13.   Statutes Laws and Regulations, General Requirements
14. Standards, Suspected Non-compliance with Laws and
15. Regulations, Finacial Management Assurance with
16. Colorado Housing and Finance Authority (CHFA) Performance Based
17. Contract Administrator (PBCA), HUD Section 8 Monroe Group is
18. the agency responsible for management of property. Cottonwood
19. Apartments
20.   Private Companies, Steele Properties LLC, Monroe Group,
21. Community Housing Concepts Inc., and Community Housing
22. Concepts Cottonwood LLC. (Entities) Corporation Service Company
23.   Failure without legal excuse, to perform any promise WHICH FORMS
24. the whole or part of a contract. Based on Breached of Implied
25. convenant of good faith and fair dealing. can be traced back
26. to a landmark (Modern cause of action for Insurance Bad faith)
27. therefore "Tort" for breach of Implied covenant of good faith
28. and fair dealing.

## DISPUTE RESOLUTION

1.
2. Concerning the matter of gross negligence, obstruction of justice
3. tort of outrage and intentional emotional distress. Plaintiff believes
4. that various causes of action exist, both civil and/or criminal.
5. It is Plaintiff's desire to attempt a good faith resolution of this
6. matter. If this is defendants desire as well, please contact
7. Plaintiffs ADR Marinne Lizza-Irwin at Foothills Mediation for
8. process that is effective and reduces litigation and or pre-litigation
9. costs. Contact before trial date.
10. If parties can not come up with settlement agreement in
11. writing proceed to trial by jury Plaintiff would subpoena to
12. testify at deposition in this civil action. 1. Tullio Environmental
13. Services LLC to bring to the deposition the following documents,
14. electronically stored information, or objects, and must permit
15. inspection, copying, or testing that was taken place at Cottonwood
16. Apartments, Montrose Colorado 81401 Unit 607. Tested twice.
17. Plaintiff will have witness subpoena to testify at
18. deposition
19. Plaintiff prepared bundles to be given to the Courts.
20. and other party
21. Plaintiff would like to play voice recordings of
22. enter actions with office managers and recordings
23. of distress situations
24. Plaintiff would present pictures
25. If defendant would like to have the entities to this actual claims
26. those of whome were employed under defendant Hud Karshmer
27. names of, Cynthia King, George Crosby and Anthony
28. if so then on request of defendant to subpoena all persons.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

WHEREFORE, Plaintiff Ms. Frasier and Mr. Lopez respectfully requests this Honorable Court to grant in prayer for relief in compensation in an amount which will fully and fairly compensate Plaintiffs, for injuries mental & Emotional Distress Plaintiffs demand for Jury by trial

Judgment for Plaintiffs and against Defendant Punitive Damages in amount which is reasonably and rationally related to egregious of Defendant's conduct and such other relief as may be deemed just and proper in the premises of this Court

Plaintiffs have "exhausted all administrative remedies" and pray for relief "money Damages"

Date: 8-3-2017

Crystal Dawn Frasier
(Plaintiff's Original Signature)

1650 Encanto PL 607
(Street Address)

Montrose Colorado 81401
(City, State, ZIP)

(970) 275-2119
(Telephone Number)

Norman Lopez JR

(Rev. 07/06)

6