IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01895-LTB

CRYSTAL FRASIER, and
NORMAN LOPEZ, JR.,

    Plaintiffs,

v.

MONROE GROUP, LTD.,
COLORADO HOUSING AND FINANCE AUTHORITY,
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
CYNTHA KING, Monroe Group, Manager of Western Region,
GEORGE CROSBY, Former Manager of Cottonwood Apartments,
ANTHONY PETERS, Maintenance, and
CRYSTAL VIALPANDO, Current Manager at Cottonwood Apartments,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 19, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 19 day of December, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ *A. Garcia Garcia*
            Deputy Clerk